1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE GRIFFIN (CABN 282162)
   Assistant United States Attorney
5
          150 Almaden Boulevard, Suite 900
6         San Jose, California 95115
          Telephone: (408) 535-5053
7         FAX: (408) 535-5066
          katherine.griffin@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,            )   CASE NO.  CR-18-466-BLF
                                         )
15                                       )   **NOTICE OF APPEARANCE**
                                         )
16       v.                              )
                                         )
17  MAGDALENO ET AL                      )
                                         )
18                                       )
          Defendant.                     )
19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
 CR-18-466-BLF

1  PLEASE TAKE NOTICE that Assistant United States Attorney Katherine Griffin hereby enters her appearance as counsel for the United States of America in this case and requests that all notices given or required to be given and all papers served or required to be served upon the United States of America be given to and served upon her.  Future notices should be sent to Assistant United States Attorney Katherine Griffin at the following email address: katherine.griffin@usdoj.gov.

In addition, PLEASE TAKE NOTICE that Assistant United States Attorney Claudia A. Quiroz shall remain as Lead Attorney for the United States of America in this matter.

DATED:  October 18, 2018

                                            ALEX G. TSE
                                            United States Attorney

                                            _____/s/_____
                                            KATHERINE GRIFFIN
                                            Assistant United States Attorneys

NOTICE OF APPEARANCE
 CR-18-466-BLF